Case 2:13-cv-00062 Document 143 Filed in TXSD on 01/21/16 Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 21, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| GABRIEL CANTU, JR. § <br> *Plaintiff* § <br> § <br> V. § <br> § <br> CETCO OILFIELD SERVICES § <br> COMPANY, L.L.C. AND § <br> SANDRIDGE ENERGY, INC. § <br> CHARLES "SPIKE" MORGAN § <br> AND CHALMERS, COLLINS AND § <br> ALWELL, INC. § <br> *Defendants* § <br> § <br> V. § <br> § <br> NABORS WELL SERVICES COMPANY § <br> AND NABORS WELL SERVICES, LTD § <br> *Third-Party Defendants* § | CIVIL ACTION NO. 2:13-CV-62 |

## ORDER DISMISSING ALL CLAIMS OF ALL PARTIES

After considering the Agreed Motion for Dismissal filed by the parties herein this Court grants said motion and hereby dismisses all claims that were asserted, or that could have been asserted, by and between any party to this cause of action, that arise directly or indirectly out of the subject matter of this cause of action. The dismissal of these claims is with prejudice. This is a final order of this court because it disposes of all claims in this cause of action.

SIGNED ON THE ____ day of ___1/21/16_____, 2016.

*[signature]*
UNITED STATES DISTRICT JUDGE

**APPROVED AND ENTRY REQUESTED:**

**BRUNKENHOEFER PC**
500 N. Shoreline Blvd., Suite 1100
Corpus Christi, Texas 78401
(361)888-6655
(361)888-5855 FACSIMILE
bbrunk@gulfattorneys.com

BY: /s/ Robert Blake Brunkenhoefer
Robert Blake Brunkenhoefer
State Bar No. 00783739
Federal ID No. 15559
*Counsel for Plaintiff Gabriel Cantu, Jr.*

**THE RANGEL LAW FIRM, PC**
615 N. Upper Broadway, Suite 2020
Corpus Christi, Texas 78401
(361)883-8500
(361)883-2611 FACSIMILE
jorge.c.rangel@rangellaw.com
joe.marcum@rangellaw.com

BY: /s/ Jorge C. Rangel
Jorge C. Rangel
Joseph M. Marcum
State Bar No. 16543500
Federal ID No. 5698
*Counsel for Defendant CETCO Oilfield Services, LLC*

**DUNN, WEATHERED,**
**COFFEY & KASPERITIS, P.C.**
611 S. Upper Broadway
Corpus Christi, Texas 78401
(361)883-1594
(361)883-1599 FACSIMILE
dunndj@swbell.net

BY: /s/David J. Dunn
David J. Dunn
State Bar No. 06243500
Federal ID No. 2438
*Counsel for Defendant Sandridge Energy, Inc.*

**GALLOWAY JOHNSON TOMPKINS**
**BURR & SMITH**
1301 McKinney, Suite 1400
Houston, Texas 77010
(713)599-0700
(713)599-0777 FACSIMILE
tsmith@gjtbs.com
agreene@gjtbs.com
ssnider@gjtbs.com

BY: /s/Thomas J. Smith
Thomas J. Smith
Adraon D. Greene
Shannon L. Snider
State Bar No. 00788934
Federal ID No. 23773
*Counsel for Defendants Nabors Well Services Co. and Nabors Well Services Ltd. n/k/a Nabors Well Completion & Production Services Co.*

**BROWN SIMS**
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
(713)629-1580
(713)629-5027 FACSIMILE
jdavis@brownsims.com
mwilliams@brownsims.com
clewis@brownsims.com

BY: /s/John G.H. Davis
John G.H. Davis
Michael D. Williams
State Bar No. 24012507
Federal ID No. 24428
*Counsel for Defendant Charles "Spike" Morgan and Chalmers, Collins, & Alwell, Inc.*