United States District Court
Southern District of Texas
**ENTERED**
January 21, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| GABRIEL CANTU JR., § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:13-CV-062 |
| § | |
| CETCO OILFIELD SERVICES § | |
| COMPANY, L.L.C., *et al*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

Pursuant to the Court's Order Dismissing All Claims of All Parties (D.E. 143), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 21st day of January, 2016.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE